UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| JOHN H. UNDERHILL, ) | |
|     PLAINTIFF, ) | |
| ) | NO. 2:17-CV-154 |
| v. ) | |
| ) | HONORABLE PAUL L. MALONEY |
| STUART A. BEST, ) | |
| GARY D. POPOVITS, & ) | |
| BRANDT, PEZZETTI, VERMETTEN ) | |
| & POPOVITS, P.C., ) | |
|     DEFENDANTS. ) | |
| ) | |

## JUDGMENT

In accordance with order entered on this date, and pursuant to Federal Rule of Civil Procedure 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

Date:  November 15, 2018                         /s/ Paul L. Maloney
                                                                                            Paul L. Maloney
                                                                                            United States District Judge